IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFREY KATES,

      Appellant,

v.

JANE KATES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2689
            1D13-2895

Opinion filed August 13, 2014.

An appeal from the Circuit Court for Escambia County.
Thomas R. Santurri, Judge.

Howard P. Newman, North Palm Beach, for Appellant.

Gregory D. Smith of Gregory D. Smith, P.A., Pensacola, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, PADOVANO, and MARSTILLER, JJ., CONCUR.